```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11 NORTHWEST ADMINISTRATORS, INC.,   )   NO. C 05 2479 PJH
                                     )
12              Plaintiff,           )
                                     )   ORDER TO CONTINUE CASE
13       vs.                         )   MANAGEMENT CONFERENCE
                                     )
14                                   )
   GRACE PACHECO, an individual, doing)
15 business as CASEY'S OFFICE & MOVING)
   SERVICES and as CASEY'S OFFICE    )
16 MOVING & SERVICES; ALEX PACHECO,  )
   an individual, doing business as  )
17 CASEY'S OFFICE & MOVING SERVICES  )
   and as CASEY'S OFFICE MOVING &    )
18 SERVICES                          )
                                     )
19              Defendant.           )
   _____)
20
```

21        IT IS ORDERED that the Case Management Conference in this

22 case originally set for November 10, 2005 be continued to January 12

23 2005 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue,

24 San Francisco, CA.

25 Dated: 11/7/05                    _____
                                     Honorable Phyllis J. Hamilton
26
                                     NO FURTHER CONTINUANCES
27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1