```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GRACE PACHECO, an individual, doing business as CASEY'S OFFICE & MOVING SERVICES; ALEX PACHECO, an individual, doing business as CASEY'S OFFICE & MOVING SERVICES and as CASEY'S OFFICE MOVING & SERVICES <br> a California corporation <br><br> Defendant. | NO. C 05 2479 PJH <br><br><br><br> <u>NOTICE OF</u> <br> <u>VOLUNTARY DISMISSAL</u> <br><br> AND ORDER |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for January 12, 2006 at 2:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA, 94102.

Dated:    December 13, 2005

```
                                    ERSKINE & TULLEY


                                    By:/s/Michael J. Carroll
                                       Michael J. Carroll
                                       Attorneys for Plaintiff
```

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Judge Phyllis J. Hamilton]

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.  On December 13, 2005 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Grace Pacheco**
**Alex Pacheco**
**Casey's Office Moving & Services**
**41 Seashore Drive**
**Daly City, CA 94014**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2005 at San Francisco, California.


                                      <u>/s/Sharon Eastman</u>
                                        Sharon Eastman